

# Fourth Court of Appeals
## San Antonio, Texas

July 18, 2017

No. 04-17-00315-CV

**IN RE** John J. **ROCKEY**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:  Sandee Bryan Marion, Chief Justice
Rebeca C. Martinez, Justice
Marialyn Barnard, Justice

On May 15, 2017, Relator filed a petition for writ of mandamus. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). **The respondent and the real parties in interest may file a response to the petition in this court no later than August 2, 2017.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on July 18, 2017.

PER CURIAM

ATTESTED TO: _____
Luz Estrada, Chief Deputy Clerk

---

[1] This proceeding arises out of Cause No. 2016-CI-19967, styled *John J. Rockey v. Mubeena Rockey*, pending in the 37th Judicial District Court, Bexar County, Texas, the Honorable Martha B. Tanner presiding.